United States Court of Appeals
 For The District of Columbia Circuit

No. 98-7020 September Term, 1998
 

Paul Talcott Currier,
 Appellant

 v.

Radio Free Europe/Radio Liberty, Inc.
 Appellee

 BEFORE: Silberman, Rogers, and Garland, Circuit Judges

 O R D E R

 It is ORDERED, by the Court, that the Opinion for the Court filed by Circuit Judge
Silberman on November 13, 1998, be, and hereby is, amended as follows:

 Page 9, second full paragraph, line 12, delete the word "jury"
 and insert in lieu thereof the word "factfinder". 

 Per Curiam
 FOR THE COURT:
 Mark J. Langer, Clerk

 
Filed: January 19, 1999